UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

DAVIT MIRZOYAN,

Defendant.

**ORDER**

10 Cr. 895 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The Court is in receipt of Defendant Davit Mirzoyan's pro se motion for appointment of counsel and for a reduction of sentence pursuant to 18 U.S.C. § 3582(c)(1)(A). (See Dkt. No. 1015)

The Government will respond to Defendant's motion by **August 19, 2022**.

Dated: New York, New York
August 10, 2022

SO ORDERED.

Paul G. Gardephe
United States District Judge