

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
                                                    :
  UNITED STATES OF AMERICA              :
                                                    :   SECOND FINAL ORDER
      -v.-                           :   OF FORFEITURE AS TO
                                                    :   FIRST AND SECOND
  DAVIT MIRZOYAN,                         :   SUBSTITUTE ASSETS
                                                    :
          Defendant.        :   10 Cr. 895 (PGG)
                                                    :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

        WHEREAS, on or about August 2, 2022, this Court entered a Stipulation and

Consent Preliminary Order of Forfeiture as to Substitute Assets (the "First Substitute Asset

Preliminary Order") (D.E. 1014), which ordered the forfeiture to the United States of all right, title

and interest of DAVIT MIRZOYAN (the "Defendant") in the property listed in Schedule A (the

"First Substitute Assets");

        WHEREAS, on or about September 13, 2024, this Court entered a Second

Preliminary Order of Forfeiture as to Substitute Assets (the "Second Substitute Asset Preliminary

Order") (D.E. 1026), which ordered the forfeiture to the United States of all right, title and interest

of the Defendant in the following property:

            i.      $25,809.00 in United States currency seized on or about October 13,
                   2010, from the Defendant's residence in Glendale, California; and

           ii.     Wynn Casino chips seized on or about October 13, 2010, from the
                   Defendant's residence in Glendale, California;

(i. and ii. collectively, the "Second Substitute Assets");

        WHEREAS, the First Substitute Asset Preliminary Order directed the United States

to publish, for at least thirty (30) consecutive days, notice of the First Substitute Asset Preliminary

Order, notice of the United States' intent to dispose of the First Substitute Assets, and the

requirement that any person asserting a legal interest in the First Substitute Assets must file a petition with the Court in accordance with the requirements of Title 21, United States Code, Sections 853(n)(2) and (3). Pursuant to Section 853(n), the United States could, to the extent practicable, provide direct written notice to any person known to have an alleged interest in the First Substitute Assets and as a substitute for published notice as to those persons so notified;

WHEREAS, the provisions of Title 21, United State Code, Section 853(n)(1), Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, and Rules G(4)(a)(iv)(C) and G(5)(a)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, require publication of a notice of forfeiture and of the Government's intent to dispose of the First Substitute Assets before the United States can have clear title to the First Substitute Assets;

WHEREAS, the Notice of Forfeiture and the intent of the United States to dispose of the First Substitute Assets was posted on an official government internet site (www.forfeiture.gov) beginning on July 12, 2024, for thirty (30) consecutive days, through August 10, 2024, pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions and proof of such publication was filed with the Clerk of the Court on February 28, 2025 (D.E. 1027);

WHEREAS, thirty (30) days have expired since final publication of the Notice of Forfeiture and no petitions or claims to contest the forfeiture of the First Substitute Assets have been filed;

WHEREAS, the Defendant is the only person and/or entity known by the Government to have a potential interest the First Substitute Assets;

WHEREAS, the Second Substitute Asset Preliminary Order directed the United States to publish, for at least thirty (30) consecutive days, notice of the Second Substitute Asset

2

Preliminary Order, notice of the United States' intent to dispose of the Second Substitute Assets, and the requirement that any person asserting a legal interest in the Second Substitute Assets must file a petition with the Court in accordance with the requirements of Title 21, United States Code, Sections 853(n)(2) and (3). Pursuant to Section 853(n), the United States could, to the extent practicable, provide direct written notice to any person known to have an alleged interest in the Second Substitute Assets and as a substitute for published notice as to those persons so notified;

WHEREAS, the provisions of Title 21, United State Code, Section 853(n)(1), Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, and Rules G(4)(a)(iv)(C) and G(5)(a)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, require publication of a notice of forfeiture and of the Government's intent to dispose of the Second Substitute Assets before the United States can have clear title to the Second Substitute Assets;

WHEREAS, the Notice of Forfeiture and the intent of the United States to dispose of the Second Substitute Assets was posted on an official government internet site (www.forfeiture.gov) beginning on September 19, 2024, for thirty (30) consecutive days, through October 18, 2024, pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions and proof of such publication was filed with the Clerk of the Court on February 28, 2025 (D.E. 1028);

WHEREAS, thirty (30) days have expired since final publication of the Notice of Forfeiture and no petitions or claims to contest the forfeiture of the Second Substitute Assets have been filed;

WHEREAS, the Defendant is the only person and/or entity known by the Government to have a potential interest the Second Substitute Assets;

3

WHEREAS, pursuant to Title 21, United States Code, Section 853(n)(7), the United States shall have clear title to any forfeited property if no petitions for a hearing to contest the forfeiture have been filed within thirty (30) days of final publication of notice of forfeiture as set forth in Title 21, United States Code, Section 853(n)(2);

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1.      All right, title and interest in the First Substitute Assets and the Second Substitute Assets are hereby forfeited and vested in the United States of America, and shall be disposed of according to law.

2.      Pursuant to Title 21, United States Code, Section 853(n)(7) the United States of America shall and is hereby deemed to have clear title to the First Substitute Assets and Second Substitute Assets.

3.      The United States Marshals Service (or its designee) shall take possession of the First Substitute Assets and the Second Substitute Assets and dispose of the same according to law, in accordance with Title 21, United States Code, Section 853(h).

Dated: New York, New York
        ____March 3____, 2025

SO ORDERED:

_____
HONORABLE PAUL G. GARDEPHE
UNITED STATES DISTRICT JUDGE

4

## Schedule A

1. The following various items of jewelry seized from the Defendant's residence on or about October 13, 2010:

    i.   One 87 DWT 14K Scrap Gold (melting);

    ii.   One 14K white gold ring containing 31 round full cut diamonds~1.20ct, 7.3 DWT;

    iii.   One 18K w/gold invisible set princess cut band containing ~2ct TW full cut diamonds, 6.3 DWT;

    iv.   One 18K w/gold "legacy" containing 24 round full cut diamonds~.60pts, 10.1 DWT;

    v.   One 14K w/gold band, 6.8 DWT;

    vi.   One 14K w/gold "Z" ring with ~1/2ct TW, 2.8DWT;

    vii.   One 18K gold black enamel "heart" ring, containing 4 "white" diamonds ~.60pts and 3 "black diamonds~.45pts, 9.1 DWT;

    viii.   One 18K gold "white" enamel ring, 8.1 DWT;

    ix.   One 14K w/gold swirl ring, containing 1ct single cut diamonds, 4.5 DWT;

    x.   One 18K rose gold "flower" ring, containing 7 RFC diamonds ~,21pts, 1.9 DWT;

    xi.   One 18K y/gold ring containing 3 emerald cut emeralds ~.10pts and 2s/c diamonds ~.06pts, 1.4 DWT;

    xii.   One 18K y/gold ring containing 3 rfc diamonds~.06, 1.8 DWT;

    xiii.   One 18K w/gold princess cut diamond band , 10 ~1ct, 6.5DWT;

    xiv.   One 18K w/gold ring, containing 3 9mm semi-precious stones, pink tourmaline, yellow topaz, pink tourmaline, 9.7 DWT

xv. One 14K y/gold diamond ring containing center RBC ~2/3ct, G/H color, VS2 clarity 2 rfc =.12pts, 3.3 DWT

xvi. One 14K y/gold flexible baby bangle bracelet, 3.1 DWT;

xvii. One 14K w/gold "EFFY" black leather bracelet with ~ 1ct rfc diamond pave set square and w/gold clasp;

xviii. One 14K y/gold Evil Eye safety pin w/CZ, 1.2 DWT;

xix. One Lady's Movado watch, stainless steel," Amorosa" model #84 E4 1842, Serial #75650410;

xx. One 18K yellow and white gold chain and pendant, 4.1 DWT;

xxi. One Christian Dior Pen;

xxii. One Cartier Ball Point Pen #3257171 80001;

xxiii. Two pcs- 14K gold chain and Mother Mary pendant, 4.5 DWT;

xxiv. One St DuPont Lighter, IL5JZ43;

xxv. One Assorted Bag of 18K scrap gold, 8 DWT;

xxvi. One 18K y/gold Oval Cameo ring, 5.7 DWT;

xxvii. One 14K gold butterfly earring, .8 DWT;

xxviii. One 14K 3 butterfly earrings and 1 ring, .7 DWT;

xxix. Two pcs 14K y/gold CZ earrings, 1.4DWT;

xxx. Two pcs 14Kw/gold pearl stud earrings;

xxxi. One "Tissot" watch, model #1853 stainless steel Le Lode Locke;

xxxii. One Gents "Longienes" Evidenza watch;

xxxiii. One 18K white gold channel set band containing ~30 straight baguette diamonds ~1.35ct, 1.4DWT;

xxxiv. One 10K yellow gold ring diamond containing ~.10pt marquise, ~.05 tapered baguettes, .10 rfc, 2.4 DWT;

6

xxxv.   One 14K yellow gold Blue Topaz ring containing 3 sc diamonds, 3 DWT;

xxxvi.  One 14K yellow gold emerald and diamond earrings, 6 pear shape emeralds ~1.20ct and 6 rfc diamonds~.30pts, 5 DWT;

xxxvii. One 14K yellow gold marquise shaped emeralds (4~.30pts) and 2c diamonds (4~.05pts) 2.4 DWT;

xxxviii.        One 18K white gold "huggy" style earring, 20 princess cut !.60pts and 30 rfc diamonds ~.60pts, 3.2DWT; and

xxxix.  One 14K yellow gold 16" pearl necklace w/54 7.75mm pearls